**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | | |
|---|---|---|
| **CHARLES E. PERKINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 10-CV-2204 |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | | |
| | | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| | ) | |
| **Interested Party.** | ) | |

## ORDER

A Report and Recommendation (#43) was filed by Magistrate Judge David G. Bernthal in the above cause on October 21, 2013.  More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#43) is accepted by this court.

(2) The Motion for Attorneys Fees Under the Equal Access to Justice Act (#39) is GRANTED as modified and $18,444.38 is awarded.  The fee award should be made payable to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff, subject to offset for any preexisting debt owed by Plaintiff to the United States.

ENTERED this 21st day of November, 2013

**s/ Harold A. Baker**

HAROLD A. BAKER
U. S. DISTRICT JUDGE